### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLORADO
### LEWIS T. BABCOCK, JUDGE

Civil Case No.   12-cv-03087-LTB-CBS

WENDY RESCHKE,

    Plaintiff,

v.

OLSON SHANER, a Salt Lake City law firm,

    Defendant.
_____

### ORDER
_____

THIS MATTER having come before the Court on the Stipulated Motion to Dismiss With Prejudice (Doc 14 - filed August 9, 2013), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                                                   BY THE COURT:

                                                   _s/ Lewis T. Babcock_
                                                   Lewis T. Babcock, Judge

DATED:   August 13, 2013